UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE HOPE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. ED CV 10-93-PJW<br><br>J U D G M E N T |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

    DATED:   <u>May 30, 2011</u>

                                              /s/ Patrick J. Walsh
                                      PATRICK J. WALSH
                                      UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\HOPE, T 93\Judgment.wpd